UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PATRICIA D. LEE et al.,                                  :

        Plaintiffs,                       :     ORDER

   -v.-                                                        :
                                                                             23 Civ. 4161 (LAK) (GWG)
CPLV PROPERTY OWNER, LLC et al,          :

        Defendants.                      :
-----------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      The plaintiffs' attorney is directed to file a Notice of Appearance in this matter within 14 days.

      The defendants' attorney shall immediately serve a copy of this Order and a copy of all future orders of this Court on plaintiffs' attorney.  Defendants' attorney shall file proof of service promptly thereafter.  The obligations of this paragraph remain in effect until such time as the notice of appearance is filed.

      SO ORDERED.

Dated: May 24, 2023
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge